Glenn R. Kantor – SBN 122643
 E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525 (Tel)
(818) 350 6272 (Fax)

Attorneys for Plaintiff,
THERESA ANTMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA ANTMAN,<br><br>                    Plaintiff,<br><br>        v.<br><br>BLUE SHIELD LIFE AND HEALTH INSURANCE COMPANY,<br><br>                    Defendant. | Case No.: C 14-03573 WHA<br><br>**STIPULATION AND (PROPOSED) ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Assigned to the Honorable William H. Alsup<br><br>OLD DATE: November 6, 2014<br> TIME: 11:00 a.m.<br> Courtroom 8, 19th Floor<br><br>PROPOSED NEW DATE: December 4, 2014<br> TIME: 11:00 a.m.<br> Courtroom 8, 19th Floor<br><br>**Complaint Filed: August 7, 2014** |

Plaintiff THERESA ANTMAN ("Plaintiff") and Defendant BLUE SHIELD LIFE AND HEALTH INSURANCE COMPANY, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint in the United States District Court, Northern District of California on August 7, 2014;

WHEREAS, Plaintiff filed a Notice of Errata to Complaint on September 11, 2014;

1

STIPULATION AND (PROPOSED) ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1  WHEREAS, this Court initially set this matter for an Initial Case Management Conference
2  on November 4, 2014;
3  WHEREAS, on September 17, 2014, Defendant filed an Answer in the above-referenced
4  matter;
5  WHEREAS, Defendant filed a Notice of Declining Magistrate Jurisdiction on October 1,
6  2014;
7  WHEREAS, on October 6, 2014, Judge Alsup was reassigned to this case;
8  WHEREAS, this case is currently scheduled for an Initial Case Management Conference
9  on Thursday, November 6, 2014, at 11:00 a.m., pursuant to the Clerk's Notice Setting Initial Case
10 Management Conference dated October 22, 2014;
11 WHEREAS, Glenn R. Kantor, the lead counsel for Plaintiff Theresa Antman wishes
12 personally to attend the Initial Case Management Conference, but he is not available on the date
13 and time presently scheduled;
14 WHEREAS, before Plaintiff had even filed this lawsuit which resulted in this Court's
15 Order setting the Initial Case Management Conference, Plaintiff's counsel, Glenn R. Kantor, had
16 scheduled to be out-of-state on November 6, 2014;
17 WHEREAS, immediately after the Court issued the Initial Case Management Conference
18 Order, Mr. Kantor contacted Defendant's counsel, John M. LeBlanc, to discuss his unavailability
19 for November 6 and the need to continue the Initial Case Management Conference to November
20 20, 2014.  Mr. LeBlanc agreed that the parties should request a continuance.  He likewise advised
21 Mr. Kantor that he would be out-of-state on November 20, 2014 representing a client in another
22 matter.
23 Due to these circumstances, both counsel agreed to request a continuance of the Initial
24 Case Management Conference to December 4, 2014, at 11:00 a.m.
25 Based on the foregoing, the parties respectfully request that the Court continue the Initial
26 Case Management Conference to Thursday, December 4, 2014, at 11:00 a.m.  The parties likewise
27 request that the deadline for filing the CMC statement be continued to one week before any new
28 Initial Case Management Conference date;

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

NOW THEREFORE, it is hereby stipulated and agreed, subject to the Court's approval, that the Initial Case Management Conference, currently scheduled for November 6, 2014, at 11:00 am, may be continued to Thursday, December 4, at 11:00 a.m., or such other date that all counsel are available as the Court may allow.

Dated: October 24, 2014                                   KANTOR & KANTOR, LLP


                                                          By: */s/* Glenn R. Kantor
                                                              Glenn R. Kantor
                                                              Attorney for Plaintiff
                                                              THERESA ANTMAN


Dated: October 24, 2014                                   MANATT, PHELPS & PHILLIPS, LLP


                                                          By: */s/* John M. LeBlanc
                                                              John M. LeBlanc
                                                              John T. Fogarty
                                                              Attorneys for Defendant
                                                              BLUE SHIELD OF CALIFORNIA
                                                              LIFE AND HEALTH INSURANCE
                                                              COMPANY

## [~~PROPOSED~~] ORDER

The Court having considered the parties' stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Initial Case Management Conference currently scheduled for October 6, 2014 is continued to <u>November 12, 2014, at</u> 8:00 a.m.  Please file a joint statement by November 5, 2014.

Dated:   October <u> 24 </u>, 2014

_____
Hon. William H. Alsup
U.S. District Court Judge



---

4
STIPULATION AND (~~PROPOSED~~) ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE