**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   THERESA ANTMAN,

11           Plaintiff,                        No. C 14-03573 WHA

12      v.

13   BLUE SHIELD LIFE AND HEALTH              **ORDER DENYING**
     INSURANCE COMPANY,                       **CONTINUANCE OF CASE**
14                                            **MANAGEMENT CONFERENCE**

15           Defendant.

                                      /
16

17        The parties' second stipulation to continue the case management conference for three

18   weeks is hereby **DENIED**.  Since both parties have more than one attorney of record, the parties

19   shall please each send an attorney to the November 12, 2014, case management conference

20   which remains set for 8:00 a.m.  The joint case management statement is due November 5, 2014.

21

22        **IT IS SO ORDERED.**

23

24   Dated:   October 29, 2014.                _____
                                                WILLIAM ALSUP
25                                              UNITED STATES DISTRICT JUDGE

26

27

28