1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA ANTMAN,

          Plaintiff,

  v.

BLUE SHIELD LIFE AND HEALTH
INSURANCE COMPANY,

          Defendant.

_____/

No. C 14-03573 WHA

**ORDER RE STIPULATION TO
CONTINUE DEADLINES**

The parties' stipulation to continue deadlines is **GRANTED IN PART AND
DENIED IN PART**.  Plaintiff's opposition to the motion for summary judgment and any request for
discovery shall be filed by **FEBRUARY 2 AT 10:00 A.M.**  Defendant's reply shall be filed by
**FEBRUARY 9 AT 10:00 A.M.**  The hearing and case management conference are continued to
**WEDNESDAY, FEBRUARY 18 AT 8:00 A.M.**

      **IT IS SO ORDERED.**

Dated:  January 14, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE