IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA ANTMAN,

    Plaintiff,

v.

BLUE SHIELD LIFE AND HEALTH INSURANCE COMPANY,

    Defendant.

No. C 14-03573 WHA

**ORDER FOLLOWING FEBRUARY 18 HEARING**

    For the reasons stated at oral argument, defendant's motion for summary judgment is **HELD IN ABEYANCE**. Blue Shield shall promptly turn over to Antman the schedule of allowable amounts for preferred providers furnishing the same services in San Diego in the year 2013, and make available a Rule 30(b)(6) witness who is prepared to explain how, if at all, the schedule was applied in Antman's case (and to walk through her bills). Antman in turn shall make herself available for a deposition. Both sides shall cooperate and be reasonable. Fact discovery closes on **MARCH 27**.

    Both sides shall file supplemental briefs (each not to exceed ten pages) and declarations by **APRIL 1 AT NOON**. Responsive briefs (each not to exceed five pages) are due by **APRIL 8 AT NOON**. A hearing is hereby set for **APRIL 23 AT 8:00 A.M.** Please be sure to address the following in the supplemental briefs:

    1.    Antman contends that Blue Shield Life's reimbursement provisions are unenforceable. What law governs (*e.g.*, California law, federal common law, ERISA)? What is the applicable standard and how has it been applied in similar situations? Has any court reviewed the reimbursement provisions invoked herein and found them unenforceable? Has any court

ratified these reimbursement provisions? Please address all binding decisions from our court of appeals.

2. The following hypothetical was discussed at oral argument. Assume the allowed amount was $200 and the bill was $1,000. Plaintiff appears to contend that she believed that she should have been reimbursed for $500 but Blue Shield Life contends that it was proper to reimburse her for $100. Does the plan ever state that Blue Shield Life will reimburse the insured for 50% above the allowed amount? Does the plan ever state that Blue Shield will reimburse the insured for 50% of the bill, even if it is significantly more than the allowed amount?

3. When did Antman first become aware of a discrepancy between how she believed the reimbursements would be calculated and how Blue Shield actually calculated the reimbursements?

4. Having read the entirety of the plan, how would a reasonably prudent person construe the reimbursement provisions?

**IT IS SO ORDERED.**

Dated: February 18, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

2