IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA ANTMAN,

       Plaintiff,

  v.

BLUE SHIELD LIFE AND HEALTH INSURANCE COMPANY,

       Defendant.

No. C 14-03573 WHA

**ORDER RE PRIVATE MEDIATION**

The parties have selected private mediation. The private mediator must be selected and on calendar by **FEBRUARY 27**, and the mediation must be completed by **MARCH 30**.

**IT IS SO ORDERED.**

Dated: February 18, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE