IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA ANTMAN,

        Plaintiff,

  v.

BLUE SHIELD LIFE AND HEALTH INSURANCE COMPANY,

        Defendant.
                                 /

No. C 14-03573 WHA

**ORDER RE NOTICE OF SETTLEMENT**

      In this ERISA action, a February 2015 order held in abeyance defendant's motion for summary judgment so the parties could exchange discovery. Supplemental briefs were due by April 1, but no briefs were filed.

      On March 24, however, plaintiff filed a notice stating that the parties had "settled this matter." They anticipated filing a stipulation of dismissal within thirty days. The hearing on defendant's summary judgment motion is set for April 23. Please file a stipulation of dismissal by **APRIL 17 AT NOON**, otherwise supplemental briefs are due by **APRIL 20 AT NOON** (Dkt. Nos. 35, 39).

      **IT IS SO ORDERED.**

Dated: April 6, 2015.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE