United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA ANTMAN,

        Plaintiff,

    v.

BLUE SHIELD LIFE AND HEALTH
INSURANCE COMPANY,

        Defendant.

_____/

No. C 14-03573 WHA

**ORDER RE STIPULATION
OF DISMISSAL**

      The parties have filed a stipulation of dismissal pursuant to Rule 41(a). The stipulation is hereby **GRANTED**. Accordingly, defendant's motion for summary judgment is hereby **DENIED AS MOOT**. The April 23 motion hearing and case management conference are hereby **VACATED**. The Clerk shall **CLOSE THE FILE**.

      **IT IS SO ORDERED.**

Dated:  April 15, 2015.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE